The judgment is reversed and the cause remanded.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### MITCHELL v. STATE.
### No. 20426.

Court of Criminal Appeals of Texas.
May 31, 1939.

J. Chacon, of San Antonio, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for passing a forged instrument, punishment being five years in the penitentiary.

The indictment properly charges the offense. The record is before us without either statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.